UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>Frederick Patrick Webb )<br>AKA Frank Patrick Webb )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 07cr3114-JAH<br>07mj2457<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 05271298 |

On order of the United States District/Magistrate Judge,   **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Liliana Echerrerry-Tavares

DATED: 11-15-07

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk